# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

United States of America
v.

URIEL SALMERON-AGUIRRE

*Defendant(s)*

Case No. 4:26 MJ 8263 SRW

SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 30, 2026 in the county of Jefferson County in the Eastern District of Missouri, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 922(g)(5)(a) | Illegial alien in possession of a firearm and ammunition. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

**I state under the penalty of perjury that the foregoing is true and correct.**

DOMINIC A MONTI

Digitally signed by DOMINIC A MONTI
Date: 2026.11.10 12:18:27 -06'00'

*Complainant's signature*

Special Agent Dominic Monti, HSI

*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: 11/10/2026

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Stephen R. Welby, U.S. Magistrate Judge

*Printed name and title*